**Order entered March 12, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00599-CR

**KIERON ALEXANDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F15-75823-I**

## ORDER

Before the Court is appellant's March 7, 2018 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received on March 8th timely filed as of the date of this order.


/s/ CRAIG STODDART
   JUSTICE